UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Michael Miles,

                      Plaintiff(s),

v.                                     Case No. 1:18-cv-10491-TLL-PTM
                                            Hon. Thomas L. Ludington

Osprey Otsego Properties, LLC,
et al.,

                      Defendant(s),

## ORDER TO SHOW CAUSE

   IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 8/15/2018, why the above-entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2. Failure to respond may result in dismissal of the case.

                                              s/Thomas L. Ludington
                                              Thomas L. Ludington
                                              U.S. District Judge

## Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/K Winslow
                                                   Case Manager

Dated: August 1, 2018