UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

**MICHAEL MILES**,

         Plaintiff,

   vs.

**OSPREY OTSEGO PROPERTIES, L.L.C**.,
A Michigan limited liability company
and **MISSION POINT OTSEGO OPERATING, LLC**, a Michigan limited liability company,

         Defendants.

Case No. 1:18-cv-10491
Hon. Thomas L. Ludington
Mag. Judge Patricia T. Morris

## **STIPULATION**

Pursuant to a Confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case may be dismissed with prejudice and without costs or attorney fees.

         Respectfully submitted,

/s/ Owen B. Dunn Jr.
Owen B. Dunn Jr. (P66315)
Law Offices of Owen Dunn, Jr.
The Ottawa Hills Shopping Center
4334 W. Central Ave., Suite 222
Toledo, OH  43615
(419) 241-9661
dunnlawoffice@sbcglobal.net
*Counsel for Plaintiff*

*/s/ Kevin A. Fanning*
Kevin A. Fanning (P57125)
Clark Hill PLC
151 S. Old Woodward, Suite 200
Birmingham, MI  48009
(248) 988-5875
kfanning@clarkhill.com
*Counsel for Defendant*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

**MICHAEL MILES**,

        Plaintiff,

vs.

**OSPREY OTSEGO PROPERTIES, L.L.C.**, A Michigan limited liability company and **MISSION POINT OTSEGO OPERATING, LLC**, a Michigan limited liability company,

        Defendants.

Case No. 1:18-cv-10491
Hon. Thomas L. Ludington
Mag. Judge Patricia T. Morris

## ORDER

Pursuant to the above Stipulation,

It is **ORDERED** that this matter is **DISMISSED with prejudice** and without costs or attorney fees.

Dated: August 3, 2018

        s/Thomas L. Ludington
        THOMAS L. LUDINGTON
        United States District Judge

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 3, 2018.

        s/Kelly Winslow
        KELLY WINSLOW, Case Manager

---

219948615.1 94357/329748